CFS 452-2
2/2006

State of Illinois
Department of Children and Family Services

# FOSTER FAMILY FIREARMS AGREEMENT

*Rule 402.8(g)   Any and all firearms and ammunition shall be locked up at all times and kept in places inaccessible to children. No firearms possessed in violation of a State or Federal law or a local government ordinance shall be present in the home at any time. Loaded guns shall not be kept in a foster home unless required by law enforcement officers and in accordance with their law enforcement agency's safety procedures.*

The licensees of the foster family home must agree to notify the Licensing Representative of the specific firearms arrangement.  The licensee is to further give written notification when there are any changes made to the specific arrangements already on file.

Firearms Location:
(This location must be inaccessible to children.)

_____
_____
_____
_____
_____
_____

Ammunition Location:
(Ammunition must in locked storage that is separate from any firearms.)

_____
_____
_____
_____
_____
_____

_____        _____
Signature (Applicant A)                                          Date

_____
Printed Name (Applicant A)

_____        _____
Signature (Applicant B)                                          Date

_____
Printed Name (Applicant B)