AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| KENNETH V. SHULTS, COLLEEN M. SHULTS, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION<br><br>*Plaintiff(s)*<br>v.<br>GEORGE H. SHELDON, in his official capacity as Director of the Illinois Department of Children and Family Services<br><br>*Defendant(s)* | Civil Action No. 2:16-CV-2214-HAB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  George H. Sheldon
Director - Illinois Department of Children and Family Services
406 East Monroe Street
Springfield, IL 62701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David G. Sigale
Law Firm of David G. Sigale, P.C.
799 Roosevelt Road, Suite 207
Glen Ellyn, IL 60137

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date:  07/12/2016

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:16-CV-2214-HAB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* George H. Sheldon, Director of Illinois Department of Children and Family Services
was received by me on *(date)* July 22, 2016

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Charylean Sims, Office Administrator , who is
designated by law to accept service of process on behalf of *(name of organization)* Illinois Department
of Children and Family Services on *(date)* July 25, 2016 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: July 25, 2016

Kaitlynn Lauterbach
*Server's signature*

Kaitlynn Lauterbach, Process Server
*Printed name and title*

1033 South 2nd Street, Springfield, IL 62704
*Server's address*

Additional information regarding attempted service, etc:

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Illinois

Case Number: 2:16-CV-2214-HAB

Plaintiff:
**Kenneth V. Shults, Colleen M. Shults, Second Amendment Foundation, Inc., and Illinois State Rifle Association**

vs.

Defendant:
**George H. Sheldon, in his official capacity as Director of the Illinois Department of Children and Family Services**

For:
Law Firm of David G. Sigale, P.C.
739 Roosevelt Road
Suite 304
Glen Ellyn, IL 60137

Received by Clutter Investigations Inc. DBA Courthouse Courier on the 22nd day of July, 2016 at 10:19 am to be served on **George H. Sheldon Director of Illinois Department of Children and Family Services, 406 East Monroe, Springfield, IL 62701.**

I, Kaitlynn Lauterbach, do hereby affirm that on the **25th day of July, 2016 at 4:26 pm**, I:

served an **AUTHORIZED** entity by delivering a true copy of the **Summons in a Civil Action; Complaint For Declaratory And Injunctive Relief; and Foster Family Firearms Agreement** with the date and hour of service endorsed thereon by me, to: **Charylean Sims as Office Administrator** at the address of: **406 East Monroe, Springfield, IL 62701**, who stated they are authorized to accept service for **George H. Sheldon**, and informed said person of the contents therein, in compliance with all applicable law.

**Description** of Person Served: Age: 35, Sex: F, Race/Skin Color: Black, Height: 5'6", Weight: 120, Hair: Black, Glasses: Y

## RETURN OF SERVICE For 2:16-CV-2214-HAB

I being first duly sworn on oath, states that I am over 18 years of age and not a party to this lawsuit. Under penalties of perjury as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the above statement is true and correct.

Kaitlynn Lauterbach
129-391250

Clutter Investigations Inc. DBA Courthouse Courier
1032 S. 2nd Street
Springfield, IL 62704
(217) 528-5997

Our Job Serial Number: CLU-2016002126

Copyright © 1992-2016 Database Services, Inc. - Process Server's Toolbox V7.1e