AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Kenneth V. Shults, et al., | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 2:16-CV-02214-HAB |
| George H. Sheldon, Director, IDCFS | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

George H. Sheldon, Director of the Illinois Department of Children and Family Services                              .

Date:    08/24/2016

s/Barbara L. Greenspan
*Attorney's signature*

Barbara L. Greenspan; No. 3125104
*Printed name and bar number*

Office of the Illinois Attorney General
100 W. Randolph St., Suite 11-200
Chicago, Illinois  60601
*Address*

barbara.greenspan@illinois.gov
*E-mail address*

(312) 814-7087
*Telephone number*

(312) 814-6788
*FAX number*