IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| KENNETH V. SHULTS, COLLEEN M. SHULTS, SECOND AMENDMENT FOUNDATION, INC., and ILLINOIS STATE RIFLE ASSOCIATION, | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 16-CV-2214 Hon. Harold A. Baker |
| v. | ) ) | Judge Presiding |
| GEORGE H. SHELDON, DIRECTOR, in his official capacity as Director of the Illinois Department of Children and Family Services, | ) ) ) ) ) | |
| Defendant. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME WITHIN WHICH TO ANSWER**

NOW COMES the Defendant, George H. Sheldon, Director, Illinois Department of Children and Family Services, by his attorney Lisa Madigan, Attorney General of the State of Illinois, and moves this Court for an extension of time within which to answer Plaintiffs' complaint, until and including September 26, 2016. In support thereof, Defendant states as follows.

1. Defendant was served with the complaint on July 26, 2016. Defendant's answer is due to be filed on August 25, 2016.

2. Despite counsel's best efforts and notwithstanding the dedication of all available resources to this matter, an extension of time is necessary to prepare Defendant's answer to the complaint.

3. Counsel for Defendant is responsible for the representation of the DCFS Director and employees in numerous cases, several of which have required the expenditure of extraordinary amounts of time, including: *B.H. v. Sheldon,* 88 C 5599 (Alonso, J.) (§1983 class

1

action matter: activities related to enforcement of Consent Decree concerning youth in foster care in residential facilities and psychiatric hospitals); *Etonia C. v. Illinois Dept. of Children and Family Services,* 15 CH 4487 (Circuit Court of Cook County, Illinois, Chancery Division, Cohen, J.) (class action matter related to the promulgation of an emergency rule).

3. Counsel for Defendant has conferred with Plaintiffs' counsel, and Plaintiffs' counsel does not oppose this extension of time.

4. This extension of time will not impede the progress of this case.

5. This motion is not made for purposes of delay. The granting of this motion would not prejudice Plaintiffs and would be in the best interest of justice.

WHEREFORE, Defendant requests that this Honorable Court grant an extension of time until September 26, 2016, for him to file his answer to Plaintiffs' complaint.

Respectfully submitted,

LISA MADIGAN
Illinois Attorney General

By: s/Barbara L. Greenspan
Barbara L. Greenspan
Assistant Attorney General
100 W. Randolph St., 11-200
Chicago, Illinois 60601
(312) 814-7087
Barbara.greenspan@illinois.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 24th day of August, 2016, I will electronically file the foregoing with the Clerk of the United States District Court for the Central District of Illinois using the CM/ECF system, which will then send a notification of such filing to the following:

David G. Sigale  
Law Firm of David G. Sigale, P.C.  
799 Roosevelt Road  
Suite 207  
Glen Ellyn, IL 60137  
dsigale@sigalelaw.com

        s/Barbara L. Greenspan  
        Barbara L. Greenspan  
        Assistant Attorney General  
        100 W. Randolph St., 11-200  
        Chicago, Illinois  60601  
        (312) 814-7087  
        Barbara.greenspan@illinois.gov