Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Kenneth V Shults, Colleen M Shults, Second Amendment Foundation Inc, and Illinois State Rifle Association,<br><br>**Plaintiff,**<br><br>vs.<br><br>George H. Sheldon, Beverly J. Walker, And Lisa Madigan,<br><br>**Defendant.** | Case Number: 16-cv-2214 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that plaintiff's case against the defendants is terminated with prejudice.

**Dated: 4/1/2019**

                                                     s/ Shig Yasunaga
                                                   Shig Yasunaga
                                                   Clerk, U.S. District Court